FILED
CLERK, U.S. DISTRICT COURT

MAY 25 2021

CENTRAL DISTRICT OF CALIFORNIA
BY                           DEPUTY



UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:21-mj-2465 |
| Plaintiff, | ORDER OF PRETRIAL DETENTION AFTER HEARING (18 U.S.C. § 3142(i)) |
| v. | |
| Joel Antonio Barillas, | |
| Defendant. | |

I.

A.　(　) Upon motion of the Government in a case that involves:

　　　1.　(　) a crime of violence or an offense listed in
　　　　　　 18 U.S.C. § 2332b(g)(5)(B), for which a
　　　　　　 maximum term of imprisonment of ten (10)
　　　　　　 years or more is prescribed; or

　　　2.　(　) an offense for which the maximum sentence is
　　　　　　 life imprisonment or death; or

　　　3.　(　) an offense for which a maximum term of
　　　　　　 imprisonment of ten (10) years or more is
　　　　　　 prescribed in the Controlled Substances Act,
　　　　　　 Controlled Substances Import and Export Act
　　　　　　 or Maritime Drug Law Enforcement Act; or

1          4.    ( ) any felony if defendant has been convicted of

2                           two or more offenses described in

3                           subparagraphs 1-3 above, or two or more state

4                           or local offenses that would have been

5                           offenses described in subparagraphs 1-3 above

6                           if a circumstance giving rise to federal

7                           jurisdiction had existed, or a combination of

8                           such offenses.

9          5.    ( ) any felony that is not otherwise a crime of

10                          violence that involves a minor victim, or

11                          possession or use of a firearm or destructive

12                          device or any other dangerous weapon, or a

13                          failure to register under 18 U.S.C. § 2250.

14   B.    Upon motion (✓) of by the Government ( ) of the Court <u>sua</u>

15   <u>sponte</u>, in a case that involves:

16         1.    (✓) a serious risk that defendant will flee;

17         2.    ( ) a serious risk that defendant will

18             a.    ( ) obstruct or attempt to obstruct justice;

19                 or

20             b.    ( ) threaten, injure, or intimidate a

21                       prospective witness or juror or attempt

22                       to do so.

23   C.    The Government ( ) is (✓) is not entitled to a rebuttable

24 presumption that no condition or combination of conditions will

25 reasonably assure defendant's appearance as required and the safety of

26 any person or the community.

27

28

II.

A.   ( ✓ )     The Court finds by a preponderance of the evidence that no condition or combination of conditions will reasonably assure the appearance of defendant as required;

B.   ( ✓ )     The Court finds by clear and convincing evidence that no condition or combination of conditions will reasonably assure the safety of any other person and the community.

III.

The Court has considered:

A.   ( ✓ ) the nature and circumstances of the offense(s) charged;

B.   ( ✓ ) the weight of the evidence against defendant;

C.   ( ✓ ) the history and characteristics of defendant;

D.   ( ✓ ) the nature and seriousness of the danger to any person or the community that would be posed by defendant's release;

E.   ( ✓ ) the Pretrial Services Report/Recommendation;

F.   ( ✓ ) the evidence proffered/presented at the hearing;

G.   ( ✓ ) the arguments of counsel.

///
///
///
///
///
///

3

IV.

The Court concludes:

A.  (✓) Defendant poses a risk to the safety of other persons
    and the community based on: _instant offense_
    _allegations; substance abuse history; criminal_
    _history; gang ties_
    _____

B.  (✓ Defendant poses a serious flight risk based on: _____
    _instant offense allegations (including flight from_
    _authorities); alleged commission of instant offense_
    _while on probation suggesting unwillingness to abide_
    _by court orders; lack of stable residence/_
    _employment_

C.  ( ) A serious risk exists that defendant will

    1.  ( ) obstruct or attempt to obstruct justice;

    2.  ( ) threaten, injure or intimidate a prospective
        witness or juror or attempt to do so;

    based on: _____

    _____

    _____

    _____

D.  ( ) Defendant has not rebutted by sufficient evidence to
    the contrary the presumption provided in 18 U.S.C.
    § 3142(e) that no condition or combination of
    conditions will reasonably assure the safety of any
    other person and the community;

    and/or

4

1          ( ) Defendant has not rebutted by sufficient evidence to

2                the contrary the presumption provided in 18 U.S.C.

3                § 3142(e) that no condition or combination of

4                conditions will reasonably assure the appearance of

5                defendant as required.

6      IT IS ORDERED that defendant be detained prior to trial.

7      IT IS FURTHER ORDERED that defendant be committed to the custody

8 of the Attorney General for confinement to a corrections facility

9 separate, to the extent practicable, from persons awaiting or serving

10 sentences or persons held in custody pending appeal.

11      IT IS FURTHER ORDERED that defendant be afforded reasonable

12 opportunity for private consultation with defendant's counsel.

13      IT IS FURTHER ORDERED that, on Order of a Court of the United

14 States or on request of an attorney for the Government, the person in

15 charge of the corrections facility in which defendant is confined

16 deliver defendant to a United States Marshal for the purpose of an

17 appearance in connection with a court proceeding.

18      DATED:    *5/25/2021*

19

20                                         HONORABLE JACQUELINE CHOOLJIAN

21                                         United States Magistrate Judge

22

23

24

25

26

27

28